ROBESON, PLAINTIFF IN ERROR, v. MILLER, DEFENDANT IN ERROR.

APPELLATE PRACTICE.
A judgment which is wrong upon any hypothesis must be reversed.

*Error to the County Court of Arapahoe County.*

Mr. N. M. LAWS, for plaintiff in error.

No appearance for defendant in error.

THOMSON, J., delivered the opinion of the court.

Suit for balance due for wages by Robeson against Miller. Judgment for plaintiff for $50.00. Plaintiff comes here by writ of error. The principal witnesses were the parties. Both agree that plaintiff worked ten months at $25.00 per month. They disagree as to payments. Defendant says he paid plaintiff $174.65; and plaintiff says he only received $133.50. Ten months' labor at $25.00 per month amounts to $250.00. If plaintiff's figures were correct, he was entitled to judgment

for $116.50. If defendant was more worthy of belief, plaintiff was entitled to judgment for $75.35. The court gave judgment for $50.00. How it found this sum, or why it rendered such a judgment, we are unable .to guess. If the plaintiff was right the judgment was wrong; if the defendant was right the judgment was wrong; and being wrong upon any hypothesis, it must be reversed.

*Reversed.*